| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Steve C. | 2. Court or Organization<br><br>United States District Court, Northern District of Georgia | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge-Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>1967 United States Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia 30303-3309 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Georgia Athletic Association Board |
| 2. | Managing Trustee | University of Georgia Foundation |
| 3. | Board Member | Russell Foundation |
| 4. | | |
| 5. | Board Member | Georgia Chief Justice Commission on Professionalism |
| 6. | Advisory Board Member | UGA Hall of Fame Chapter, National Football Foundation |
| 7. | Member(Ex Officio) Trustee | Athens Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Steve C. Jones & Georgia Judicial Retirement System, Pension upon age 60 and minium of 10 years of service. |
| 2. | 1978 | Steve C. Jones & Unified Government of Athens-Clarke County, Georgia, Pension upon retirement at age 62, with eligibility for receipt of early benefits age 56. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2018 | Unified Government of Athens-Clarke County, Georgia, fixed benefits from vested pension plan. | $11,641.00 |
| 2. 2018 | Georgia Judicial Retirement System | $88,761.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-Employed Seamstress |
| 2. 2018 | Clarke County School District(Retirement Compensation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 11th Circuit Judicial Conference | 05-01-2018 to 05-05-2018 | Ponte Vedra, Florida | Judicial Conference | Transportation, Meals & Hotel. |
| 2. | Sentencing Commission Conference | 06/20/2018 to 06/23/2018 | San Francisco, California | Sentencing Guidelines | Transportation, Meals, Hotel |
| 3. | District Retreat | 10/24/2018 to 10/26/2018 | Adairsville, Georgia | Educational | Transportation, Meals, Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Georgia Athletic Association | 2018 Season Football Tickets, LSU Game, and Florida Game | $823.00 |
| 2. | Sister of Spouse | Gift to Spouse | $4,800.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on rental property #1 (Athens, GA. partVII, line 1 | L |
| 2. | Wells Fargo | Mortgage on rental property #2 (Athens, GA.); Part VII, Line 2 | K |
| 3. | SoFi | Personal Loan- creditor | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Athens, GA. | D | Rent | M | W | | | | | |
| 2. Rental property #2 Athens, GA | D | Rent | L | W | | | | | |
| 3. Rental property #3 Athens, GA. | D | Rent | L | W | | | | | |
| 4. Rental property #4 Athens, GA. | D | Rent | L | W | | | | | |
| 5. Rental property #5 Athens, GA. | D | Rent | M | W | | | | | |
| 6. Rental property #6 Athens, GA. | D | Rent | M | W | | | | | |
| 7. SunTrust Bank | A | Interest | J | T | | | | | |
| 8. Athens First IRA ( CD Holding) | A | Interest | | | Matured | 02/16/18 | J | A | |
| 9. IRA #1 | | | | | | | | | |
| 10. VALIC Fixed Account Plus | A | Interest | K | T | | | | | |
| 11. Short Term Fund Account | B | Interest | N | T | | | | | |
| 12. Clarke Co Bd of Ed 457-Plan- 100% Fixed Account Plus | A | Interest | M | T | | | | | |
| 13. VOYA Financial | B | Interest | L | T | | | | | |
| 14. Invesco American Franchise Fund, Class C | A | Dividend | J | T | | | | | |
| 15. IRA #2 | | | | | | | | | |
| 16. Blackrock Strategic, INC | A | Dividend | | | Sold | 01/10/18 | K | A | |
| 17. Fidelity Advisor Strategic, Inc. | A | Dividend | | | Sold | 01/09/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Income Fund CLC | D | Dividend | K | T | | | | | |
| 19. Ivy High Inbcomne | D | Dividend | K | T | | | | | |
| 20. JP Morgan Income Builder Fund Class C | D | Dividend | K | T | | | | | |
| 21. American Capital Income Builder CLC | D | Dividend | K | T | | | | | |
| 22. Franklin Rising Dividents CLC | C | Dividend | J | T | | | | | |
| 23. Fidelity Advisor New Insights CLC | D | Dividend | K | T | | | | | |
| 24. Invesco Convertible Securities | D | Dividend | K | T | | | | | |
| 25. Commercial Bank- CD | A | Interest | J | T | | | | | |
| 26. Synovus | | None | K | T | | | | | |
| 27. IRA #3 | | | | | | | | | |
| 28. Synovus Bank Deposit Sweep (x) | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 29. Fidelity Government Money Market | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 30. Vanguard BD Index Inc, Long Term BD | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 31. Vanguard BD Index Intermediate | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 32. Vanguard BD Index Inc. Short Term BD | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 33. Vanguard FTSE Developed Market ETF | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 34. Vanguard Charlotte Total INTL BD Index | A | Dividend | J | T | Buy | 02/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard INTL Equity Index Fund Inc. FTSE | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 36. Vanguard Scottsdale FDS Vanguard | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 37. Vanguard Index FDS Vanguard Growth ET | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 38. Vanguard Index FDS Vanguard Value ETF | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 39. Vanguard Index FDS Vanguard Small Cap | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, line 7, the CD matured and the money was transferred to the IRA #2 at Synovus Bank.

In Part VII, line 26, Synovus Account is a checking account which pays no interest.

My term as a Board Member for the Athens Community Foundation ended.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steve C. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544